402 A.2d 1076

Commonwealth v. Sirmons, Appellant.

Submitted October 26, 1978. Louis R. Dadowski, Assistant Public Defender, for appellant. Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and WATKINS, JJ.

Judgment of sentence affirmed.